# United States District Court
# For The Western District of North Carolina
# Charlotte Division

T.L. James-Bey,

        Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                3:12cv595

State of North Carolina, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/17/2012 Order.

                                                  Signed: October 17, 2012

                                                  Frank G. Johns, Clerk
                                                  United States District Court